**Order filed January 21, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00849-CV**

_____

**IN RE 4X INDUSTRIAL, LLC, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-65517**

## ABATEMENT ORDER

On December 22, 2020, relator 4X Industrial, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator asks this court to order the Honorable Steven Kirkland, Judge of the 334th District Court, in Harris County, Texas, to set aside his December 13, 2020 order granting the motion to compel responses to real party in interest Russell Marine, LLC's first set of requests for production of documents to the extent the order overrules relator's objections to certain specified requests for production.

Because Judge Kirkland ceased to hold the office of Judge of the 334th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Dawn Deshea Rogers, to consider the decision regarding relator's request for relief. *See* Tex. R.

App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the court's active docket. This original proceeding is abated until **February 22, 2021** to permit Judge Rogers to consider the order underlying relator's request for relief. On or before that date, Judge Rogers shall advise the court of the action taken on relators' request by filing a signed order reflecting her ruling concerning relators' request for relief with this court. The court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Jewell, Poissant, and Wilson.